IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  99-cv-00148-RPM

JAMES RALPH DAWSON, JR.,

     Plaintiff,

v.

RONALD CARTER, and
RICHARD MISCHIARA ,

     Defendants.

_____

ORDER DENYING MOTION TO DISMISS, STRIKING NOTICE OF DEFAULT, DENYING
MOTION FOR A DEFAULT JUDGMENT AND DIRECTING FURTHER PROCEEDINGS ON
FOURTH AMENDED COMPLAINT
_____

After a hearing held on December 9, 2005, the Court granted a motion to dismiss with

permission to file a fourth amended complaint which was filed on December 20, 2005.  The

defendants named in the Fourth Amended Complaint, Ronald Carter and Richard Mischiara

did not respond and on November 15, 2006, this Court entered an order to show cause on the

plaintiff why this civil action should not be dismissed for failure to prosecute.  In response, the

plaintiff filed a motion for a default judgment on December 6, 2006, and the Clerk made an

entry of default on December 14, 2006.  On December 14, 2006, the defendants filed a motion

to dismiss the Fourth Amended Complaint and the plaintiff filed a response on January 16,

2007, noting the Clerk's entry of default and also addressing the issues raised in the motion to

dismiss.  The defendants then filed a motion to extend time to reply on January 25, 2007, and

the Court granted time to February 2, 2007, to reply in support of the motion to dismiss.  No

reply was filed.

In *Jones v. Bock,* 127 S.Ct. 910 (2007) the Supreme Court unanimously decided that

the failure to exhaust administrative remedies under Prison Litigation Reform Act is an

affirmative defense and that the total exhaustion rule applicable to cases seeking habeas

corpus relief is not applicable in these civil actions.  It is now

ORDERED that the Clerk of this court shall strike the entry of default of December 14,

2006; the plaintiff's motion for default judgment, filed December 6, 2006, is denied; the state

defendants' motion to dismiss Fourth Amended Complaint, filed December 14, 2006, is denied;

the plaintiff's request for default judgment of January 16, 2007, is denied, and it is

FURTHER ORDERED that the defendants shall file their answer to the Fourth

Amended Complaint on or before July 5, 2007.

DATED: June 7th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge