# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**
Limon Correctional Facility

P.O. Box 10000
Limon, CO 80826
Phone: (719) 775-9221
Fax: (719) 775-7607 (Upper Admin)
Fax: (719) 775-7676 (Lower Admin)

Web: www.doc.state.co.us





Bill Owens
Governor

John W. Suthers
Executive Director

December 12, 2000

Ronald Carter
716 5th Street
P.O. Box 643
Hugo, CO 80821

Dear Mr. Carter:

This letter is a follow-up to the conversation held in my office at Limon Correctional Facility (LCF) on Monday, December 11, 2000. During our meeting, you asked me to allow you to rescind the retirement form you submitted on December 4, 2000 (effective December 1, 2000) and requested reinstatement to your previous position. After speaking with the other Management Team members, reviewing your facility anecdotal file, and considering the current performance standard investigation being conducted on you, I have reached the following conclusions:

- You admitted initiating an affair with a married LCF Correctional Officer.

- You plead guilty to Menacing and Harassment on June 28, 1999. Both counts have a domestic violence rider.

- You received a Corrective Action on August 14, 1992, for intoxication and harassment of a female employee.

- There is currently a pending investigation through the Criminal Investigation Division pertaining to a potential sexual harassment case involving a female LCF Correctional Officer.

Based on the above information, I believe it is in the best interest of the Department of Corrections and LCF that you not be reinstated to your former position at LCF.

Therefore, your request to return to LCF as a staff member is denied.

If you have any questions on this matter, please contact me at (719) 775-7600.

Sincerely,

Gary K. Watkins, Warden
Limon Correctional Facility

Delivered by Certified Mail, Return Receipt, # 7099 3400 0006 4426 7524

GKW/tjl

xc:     Madline SaBell, Director of Human Resources
        Robert Taylor, Associate Warden
        file



EXHIBIT
2



**Colorado Department of Corrections**
2862 South Circle Drive, Suite 400
Colorado Springs, Colorado 80906-4122
P.O. Box 1010
Cañon City, CO 81215-1010



**Roy Romer**
Governor

**Frank O. Gunter**
Executive Director

August 14, 1992

Ronald Carter
716 5th Street
P.O. Box 643
Hugo, CO  80821

CORRECTIVE ACTION

Dear Mr. Carter,

In accordance with the provisions of the Colorado State Personnel Regulations, Rules Chapter 8-3-3, I met with you on Tuesday, August 11, 1992 at 3:00 p.m.  The purpose of the meeting was to discuss with you information that had been presented to me that could result in corrective or disciplinary action against you.  The information consisted of a Uniform Summons and Complaint alleging charges of menacing and harassment which you were ordered to appear and answer to.  In addition, there was information that indicated you had been drinking alcohol when the alleged charges were incurred.

In our meeting I discussed this information with you and provided you the opportunity to offer any rebuttal and/or mitigating information concerning the allegations set forth.  By your own admission, I found the following to be true:

1)  You were indeed intoxicated on December 29, 1991 when the alleged behavior occurred that resulted in the charges filed.

2)  You were unable to refute charges that you had made statements to a subordinate staff person when off duty that contained innuendo indicating your interest in getting the opportunity to try and convince her to change her sexual preferences.  You indicated that the reason you could not refute these supposed statements was because you could not remember due to the fact that you had been drinking.  You stated, "If she said I said it, I must have said it."

It is for the reasons stated above that I am directing you to contact Ed Kraft with the Colorado State Employees Assistance Program (C-SEAP) at 1-800-821-8154 to:

—— seek evaluation to determine whether your use of alcohol constitutes a problem and to what extent; and

—— seek counselling on sensitivity of sexual preference issues.

Limon Correctional Facility, Mark E. McKinna, Warden
P.O. Box 10000, Limon, Colorado 80826
719-775-9221 or 719-775-9222





## Colorado Department of Corrections

2862 South Circle Drive, Suite 400
Colorado Springs, Colorado 80906-4122
P.O. Box 1010
Canon City, CO 81215-1010

**Roy Romer**
Governor

**Frank O. Gunter**
Executive Director

**M E M O R A N D U M**

TO:   ALL CONCERNED

FROM:   Jim Brittain, Warden

DATE:   January 6, 1992

RE:   Suspension – Ron Carter

Ron Carter is not to be allowed into the facility until further notice and my personal consent.

Respectfully,

Jim Brittain
Warden

JB:sc

cc:   Tower One
       Main Entrance
       Master Control
       Shift Commander
       Management Team
       Bill Wilson

Limon Correctional Facility, Jim Brittain, Warden
P.O. Box 10000, Limon, Colorado 80826
719-775-9221 or 719-775-9222



## Colorado Department of Corrections
2862 South Circle Drive, Suite 400
Colorado Springs, Colorado 80906-4122
P.O. Box 1010
Canon City, CO 81215-1010



**Roy Romer**
Governor

**Frank O. Gunter**
Executive Director

January 3, 1992

Ron Carter
716 5th Street
P. O. Box 643
Hugo, Colorado   80821

Dear Ron:

Michelle Morrissey has filed a complaint with the District Attorney regarding
an alleged incident in her home on December 29, 1991.  She claims that you
visited her and that your conduct constituted sexual harassment.

In addition to whatever action the District Attorney pursues, I have requested
the Inspector General to conduct an investigation.

This written notice confirms my verbal instructions this morning that relieved
you of your duties and places you on Administrative Suspension With Pay.  You
will not be permitted to enter this facility without my permission.  Further,
I am giving you a direct order to not contact Miss Morrissey in any manner.

At the conclusion of the investigations into this matter, I will advise you
further.

Respectfully,

Jim Brittain
Warden

JB:sc

cc:  George Sullivan
     Willis Parmenter
     Bill Wilson
     Maurice Hilty
     A. J. Rose
     Rex Worley
     Delayne Tornowski
     Michelle Morrissey

Limon Correctional Facility, Jim Brittain, Warden
P.O. Box 10000, Limon, Colorado 80826
719-775-9221 or 719-775-9222