Mr. Rick Soares
Warden L.C.F.
Limon, Colo.

May 27th, 1998

Dear Mr. Soares,

I received a returned legal letter from the National Organization for Women. The letter contained information about several of the employees here at this facility and possible civil actions being taken against them in State and Federal Courts.

This letter was opened by the mail room and copied. I'm writing to inform you and document my concern for future reference.

James R. Dawson Jr.

3X Copies:

Ms. Laura L. Flenniken
Attorney at Law
N.O.W.,
Denver, Colo,

EXHIBIT
3

DEPOSITION
EXHIBIT
D