# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**
Limon Correctional Facility

P.O. Box 10000
Limon, CO 80826
Phone: (719) 775-9221
Fax: (719) 775-7607 (Upper Admin)
Fax: (719) 775-7676 (Lower Admin)



Roy Romer
Governor

Aristedes W. Zavaras
Executive Director

July 27, 1998

James Dobson #46709
Limon Correctional Facility
Living Unit 1

Mr. Dobson,

After receiving information as a result of a letter which you mailed to the National Organization for Women alleging staff members at Limon Correctional Facility were sexually harassing a female staff member, I directed that an investigation be conducted into this matter by the Inspector General's Office. This investigation has now been completed, and I find that the allegations you have made are frivolous and without merit.

Staff in this matter have been cleared of any wrong doing, and I consider this matter to be closed. I must caution you that any false allegations made toward staff members by you in the future could result in your being charged with a Code of Penal Discipline violation.

Sincerely,

Richard A. Soares, Warden
Limon Correctional Facility

RAS/lee

xc: File

*Exhibit- 7*



**EXHIBIT**

**4**



**DEPOSITION
EXHIBIT**

E

Dawson