EXHIBIT
5
tabbies'

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 99-cv-148-RPM-BNB

JAMES RALPH DAWSON, JR.,

                    Plaintiff,



v.



ROBERT TAYLOR,
RONALD CARTER,
DEBBIE OUTEN,
RICHARD MISCHIARA, and
JOHN BOWKER,

                    Defendant.

---

### SWORN AFFIDAVIT PURSUANT TO FED. R. CIV. P. 56(e)

---


        I, James R. Dawson, Jr., being duly sworn do poses and say under declaration of the penalty of perjury that the information contained in this affidavit is true and correct: 28 U.S.C. 1746: 18 U.S.C. 1621.


        My testimony at trial regarding my injuries and grievance exhaustion will be that when Ronald Carter, Richard Mischiara, and Debbie Outen moved me to a known troubled area of the prison that I pinched a nerve in my right shoulder from defending myself from another prisoner. The injury to my shoulder has caused me extreme physical and emotional pain for the past 8½ years.

        When Carter, Mischiara, and Outen placed me into the cell with Mark Hall, I did not sleep for approximately two weeks because I was afraid of being killed by Hall. After several days without sleep, I started loosing my senses. I lost my equilibrium. Every time I ate, I bit holes in my tongue. I bumped into the steel toilet, tables and chairs in the cell causing open sores on my shins,

thighs, and ankles. I fell down a flight of cement stairs and reinjured my right shoulder. The injury to my shoulder has caused me extreme pain and emotional stress for the past 8½ years, and my thighs,legs, and ankles have permanent scars on them from bumping into the steel fixtures in the cell. These injuries have caused me emotional stress for the past 8½ years. During the two weeks that I was forced to be in the cell with Mark Hall, I experienced extreme physical and emotional pain, and to date every time that I am reminded of the incident, I experience paranoia and emotional stress.

When Richard Mischiara deprived me of the hygiene items that I had purchased from the prison commissary (toothpaste, soap, lotion, and athlete foot medicine), my athlete foot worsen and left a permanent scar on my foot and caused me physical pain, discomfort, and emotional stress. A small cavity in one of my tooth got worse and I had to have the tooth pulled. I experienced dry, chapped skin, irritation, and sores from not having soap, or lotion to clean my body. I suffered from physical and emotional pain for 30 days because of being denied my hygiene items. After talking to Richard Mischiari, I informally resolved the problem and was given my hygiene items, so filing a grievance was not required per prison AR 850-04 IV. <u>Procedures for Grievances</u> A(3).

My grievance regarding the life-threatening moves was accepted by the prison, answered by the prison on the merits, and affirmed at every level of the grievance process in compliance with <u>Pozo v. McCaughty</u>, 286 F.3d 1022 (7th Cir. 2002); <u>Woodford v. Ngo</u>, 126 S.Ct. at 2384 (2006); <u>Jones v. Bock</u>, 127 S.Ct. at 923 (2007)

Signed and Acknowledged before me on this 23 day of August 2007

Notary Public _____    My Commission Expires 4-26-10