EXHIBIT

6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-M-148

JAMES RALPH DAWSON, JR.,

Plaintiff,

v.

ROBERT TAYLOR, et al

Defendants.

---

## SWORN AFFIDAVIT

---

I, Steve Stilling _____ being duly sworn do poses and say under declaration of the penalty of perjury that the information contained in this affidavit is true and correct to the best of my knowledge. 28 U.S.C. 1746: 18 U.S.C. 1621

That I arrived at the Limon Correctional Facility in April 1998 and have been a permanent resident in Living Unit One for over 5 years. When I arrived at the Facility, Mr. Dawson had been a permanent resident in Living Unit One for 5 years.

On August 14, 2003, I was asked to read the depositions of Ronald Carter, Debbie Outen, and Richard Mischiara regarding their participation in retaliating against Mr. Dawson through different moves in the Facility that were designed to get Mr. Dawson either killed or hurt.

First, on Mrs. Outen's testimony. Mr. Dawson never lived in Living Unit Six. Before Mrs. Outen moved Mr. Dawson from Living Unit One to Living Unit Two, Mr. Dawson had been a permanent resident in Liv-

0001

ing One for 5 years and moves like Mr. Dawson's which occurred over the weekend are unusual. It was obvious to everyone at the prison that Outen Carter, and Mischiara were retaliating against Mr. Dawson because of his Civil Rights Complaints against the Facility and those against Carter and Mischiara. All the prisoners were aware of the fact that Mr. Dawson had filed a complaint against Carter and Mischiara with the Colorado Attorney General's Office and the National Organization for Women. Ms. Outen's testimony about why she moved Mr. Dawson is a lie. Prisoners are never moved from a single cell into a double cell unless they go to a Hearing of some nature.

Mr. Carter's testimony is untruthful also, Mr. Carter bragged to all the prisoners in Living Unit One that were close to Mr. Dawson that he had to have Mr. Dawson recycled because he didn't know how to mined his own business. Whether a prisoner remained a permanent resident in a Living Unit was the sole decision of the Living Unit Captain, a move that only Carter could authorized over the weekend, so again it was common knowledge that Carter, Outen, and Mischiara had plotted to move Mr. Dawson to the most undesirable place in the prison which is Living Unit Two.

When I arrived at the Facility in April of 1998, Mark Hall had only been a permanent resident in Living Unit One for 7 months and had not lived around Mr. Dawson, because Mr. Dawson was on Restricted Privileges and was housed in a different area of the Unit. Mr. Dawson and Mr. Hall did not play cards together or lived around each other for years. Mr. Mischiara account of Mr. Dawson's and Mr. Hall's situation is a lie too. I witnessed both Mr. Dawson and Mr. Hall explain to Carter, Outen, and Lt. Mischiara that they had a serious problem from the street and that they couldn't be around each other, but Carter, Outen, and Mischiara told them

2.

0002

that there was nothing that they could do about it, so it was obvious to everyone what they were trying to accomplish.

During the time period that Mr. Dawson and Mr. Hall were made to cell together, they both appeared to be in a great deal of emotional distress. Mr. Dawson had a number of bruises on his shins from bumping into things and appeared to be in greater physical pain than Mr. Hall, but they both appeared to be under-alot of stress and physical pain, and the reason was obvious. Mr. Dawson and Mr. Hall were enemies on the streets and had tried to kill each other on several occasions.

Steve Stilling # 96689

Signed and Acknowledged before me this 26th day of August 2003.

Notary Public _____

My Commission Expires _ 07-06-2004



3.