EXHIBIT

7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-M-148

JAMES RALPH DAWSON, JR.,

Plaintiff,

v.

ROBERT TAYLOR, et al

Defendants.

---

**SWORN AFFIDAVIT**

---

I, ~~Myron Perry~~ being duly sworn do poses
and say under declaration of the penalty of perjury that the infor-
mation contained in this affidavit is true and correct to the best
of my knowledge. 28 U.S.C. 1746: 18 U.S.C. 1621

I've been a permanent resident in Living Unit One for
11 years. I know James Dawson and Mark Hall. Mr. Dawson was a Perma-
nent resident in Living Unit One when I first arrived at the Limon
Correctional Facility and Mark Hall did not arrive at the Facility
until around 1996 and was a permanent resident in Living Unit 3. He
wasn't moved to Living Unit One until September 97 right after Mr.
Dawson was placed on Ristricted Privilege Status and moved to the
Segregation part of Living Unit One (b-pod).

In any event, everyone who knows Mr. Dawson and Mark
Hall knows that Hall testified against Mr. Dawson in an Attempted
Murder case in Arapahoe County in 1988 and that Hall was the victim
in the case. Everyone knew that they hated each other and were ene-

0004

mies.

Around April of 98, Mr. Dawson filed several complaints against Captain Carter and Lt. Mischiara with the Colorado Attorney General's Office and National Organization for Women. Afterwards, Debbie Outen (the Unit Two move Sgt) came over to Unit One on a Sunday morning and made Mr. Dawson move to Unit Two into a double cell. The only one with the authority to make or approve that type of weekend move is Capt. Carter who later bragged about having Mr. Dawson recycled because he didn't know how to mined his own business.

About a month later Mr. Dawson was brought back to Living Unit One and placed in a cell with Mark Hall. I witnessed both Mr. Hall and Mr. Dawson inform Capt. Carter, Lt. Mischiara, and Debbie Outen on over 5 different occasion that they had custody issues with each other and they were told by all three officials to deal with the situation be-they weren't going to separate them. After about two weeks Dawson and Hall were both moved, but during the time that they were made to live together, Mr. Dawson did have physical injuries to his mouth, legs, and did fall down a flight of stairs in the Unit because he hadn't been able to sleep around Hall for fear of being hurt by him.

I've also read the deposition of Carter, Outen, and Lt. Mischiara and they've all lied about the situation between Dawson and Hall. They never played cards together and they didn't live around each other for years. The time that they spent around each other was minimal. Maybe 7 to 8 month on and off total.

_Marvin Dennis_
Marvin Dennis # 48804

2.

0005

Signed and Acknowledged before me this $\underline{21st}$ day of August 2003.

Notary Public _____

My Commission Expires_____



Dale J. O'Connor, Notary Public
State of Colorado
My Commission Expires 8/10/2005

3.