COLORADO DEPARTMENT OF CORRECTIONS

OFFENDER GRIEVANCE FORM

STEP I

| NAME James R. Dawson | DOC No. 46709 | FACILITY L.C.F. |

Instructions:
1) Fill out identifying data legibly in space provided;
2) Clearly state basis for grievance;
3) Describe the attempts made to resolve the problem;
4) State specifically what remedy you are requesting
5) Attach copy of Step I

**REQUEST**

On or about June 21th, 1998 Capt. Ron Carter called Lt. Debbie Outen via telephone and ordered her to move me from a single cell in Unit 1 to a double cell in Unit 2 to a pod that on June 19th, 1998 was on lock-down because of racial problems between blacks and hispanics inmates. I was a permanant party in Unit 1 for 5 years and was moved into a life-threatening situation in retaliation by Capt. Carter for filing a law suit against L.C.F. Staff.

On August 21st, 1998 my legal mail from the above mentioned law suit was opened and given to another inmate.

On September 25th, 1998 I got into an altercation with a hispanic inmate and was placed in Administrative Segregation.

On September 29th, 1998 I was taken out of Administrative Segregation and again placed in a life-threatening situation when I was placed in a cell with inmate Mark Hall who was the victim of an attempted murder case against me in Arapahoe County District Court in April of 1988. Inmate Hall gave testimony that he died twice on the operating table as a result of an attempt by me to kill him.
(Continue on next page)

DATE: 11-20-98        OFFENDER SIGNATURE: James R. Dawson

**RESPONSE**

The issues of your grievance are not within established time frames, therefore, no response is necessary. The one issue of November 13 was an in-house move that needed to be made, no harassment was involved.

The issue of a life-threatening situation has not nor now appears to be an issue as you and Hall lived in the same pod for a number of years. No information on this issue was known to staff and there was nothing in your file to indicate a problem existed, nor did you bring it to anyone's attention. The COPD charges were for fighting and gambling and nothing to do with Hall.   GRIEVANCE DENIED.



EXHIBIT
8
tabbies'

*Step I*

"con't...

On October 12th, 1998 I was returned to Unit 2.  And every week since C.O. Hoffman who works the night shift harasses me by shinning his flash light in my face at night waking me up and on lienen turn-in days each and every week, fails  to acknowledge that I turned in my sheets for exchange.
On November 13th, 1998 officer Bowker moved me again as harassment for the same above stated reasons.

Relief sought is that I be returned to Unit 1 with my single cell status restored, each report I received after being placed in this position be expunged, and that the harassment by staff cease as this will become an issue in Civil Action 97-Z-1943.

Date: *Nov. 18th, 1998*          Offender Signature: *James R. Dawson*