COLORADO DEPARTMENT OF CORRECTIONS

OFFENDER GRIEVANCE FORM

STEP II

| NAME James R. Dawson Jr. | DOC No. 46709 | FACILITY L.c.f. |

Instructions:
1) Fill out identifying data legibly in space provided;
2) Clearly state basis for grievance;
3) Describe the attempts made to resolve the problem;
4) State specifically what remedy you are requesting
5) Attach copy of Step I

REQUEST

The respondent Al Estep is a defendant in Civil Action 97-z-1943 and is ineligible to answer any Grievances pretaining to my complaints. Upon the United States District Court's Adoption of the Federal Mogistrate Recommendation that he and the other defendant go to trail. Mr. Estep will also be a defendant in the law suit that follows.

Nonetheless, since the point of my grievence was avoided. Cell house 1 and 2 records indicate that I was moved from cell house 1 to cell house 2 on Sunday August 9th. The search for knives in the pod that I was placed in was August 7th, 1998.

Regarding the furthering of placing me in harms way. If my prison files do not reflect that Mark Hall and I have a problem that prohibited us from living in the same cell together, it can and will be determine in court. However, you were previously notified.

The unauthorized opening of my legal mail and unwarranted in-house move is no more than harassment and my request is the same as stated in my step 1 Grievance. I've also attached an example of the type of D.O.C. Characters that I'm dealing with.

(Law Suit Exhibit A) is Attached Also.

DATE: 12-17-98          OFFENDER SIGNATURE: James R Dawson Jr

RESPONSE

During my investigation of your Step II Grievance, I reviewed the answer to your Step I Grievance and I concur with the answer given. Your grievance is denied.

Exhibit - 1

Answered by Robert Taylor 12-22-98

Received by Inmate 12-23-98

EXHIBIT
9
tabbies

COLORADO DEPARTMENT OF CORRECTIONS

OFFENDER GRIEVANCE FORM

STEP I

| NAME | DOC No. | FACILITY |
|------|---------|----------|
| James R. Dawson | 46709 | L.C.F. |

Instructions:
1) Fill out identifying data legibly in space provided;
2) Clearly state basis for grievance;
3) Describe the attempts made to resolve the problem;
4) State specifically what remedy you are requesting
5) Attach copy of Step I

REQUEST

On or about June 21th, 1998 Capt. Ron Carter called Lt. Debbie Outen via telephone and ordered her to move me from a single cell in Unit I to a double cell in Unit 2 to a pod that on June 19th, 1998 was on lock-down because of racial problems between blaaks and hispanics inmates. I was a permanant party in Unit I for 5 years and was moved into a life-threatening situation in retaliation by Capt. Carter for filing a law suit against L.C.F. Staff.

On August 21st, 1998 my legal mail from the above mentioned law suit was opened and given to another inmate

On September 25th, 1998 I got into an altercation with a hispanic inmate and was placed in administrative segregation.

On September 29th, 1998 I was taken out of administrative segregation and again placed in a life-threatening situation when I was placed in a cell with inmate Mark Hall who was the victim of an attempted murder case against me in Arapahoe County District Court in April of 1988. Inmate Hall gave testimony that he died twice on the operating table as a result of an attempt by me to kill him.

(Continue on next page)

DATE: 11-20-98          OFFENDER SIGNATURE: James R. Dawson

RESPONSE

The issues of your grievance are not within established time frames, therefore, no response is necessary. The one issue of November 13 was an in-house move that needed to be made, no harassment was involved.

The issue of a life-threatening situation has not nor now appears to be an issue as you and Hall lived in the same pod for a number of years. No information on this issue was known to staff and there was nothing in your file to indicate a problem existed, nor did you bring it to anyone's attention. The COPD charges were for fighting and gambling and nothing to do with Hall.   GRIEVANCE DENIED.