COLORADO DEPARTMENT OF CORRECTIONS

OFFENDER GRIEVANCE FORM

STEP III

| NAME | DOC No. | FACILITY |
|---|---|---|
| James R. Dawson Jr. | 46709 | Limon Correctional Fac. |

Instructions:    1)  Fill out identifying data legibly in space provided;
2)  Clearly state basis for grievance;
3)  Describe the attempts made to resolve the problem;
4)  State specifically what remedy you are requesting
5)  Attach copy of Step 1 and 2

### REQUEST

I've been twice placed in a life-threatening situation because of administrative grievances and a law suit that I have filed.  The information given in my Step I and II grievances has been ignored and it has become obvious to me that the respondents are involved and participating in the harassment and attempts to harm me through their cover-up answers.

Evidence was removed from my Step II grievance by Associate Warden Robert Taylor and not returned, so it will not be included in this complaint.  My request has expanded and I only wish for an expedient answer and exhaustion.  The Department of Corrections does not have the authority to grant relief for civil rights violations, so the difficulty that I am experiencing only needs to be exhausted by you. However, since I've been informed by Limon Correctional Facility staff that I am going to be moved out of the facility because of my grievances and law suits, I am requesting that I not be retaliated against by being moved from the facility.  The Department of Corrections Staff misconduct has to be stopped somewhere.  Thank you. *(Step I and II grievance attached)*

DATE: _12-30-98_                    OFFENDER SIGNATURE: _James R. Dawson Jr._

### RESPONSE

**EXHIBIT**

**10**

tabbies*

DATE: _____     SIGNATURE: _____

### RECEIPT

I acknowledge receipt this date of a complaint from the above inmate in regard to the following subject: _____

DATE: _____     SIGNATURE: _____

### DISTRIBUTION

Department file,  Working case management file,  Superintendent,  Inmate
I acknowledge receipt / response of D.O.C. Grievance

DC Form 25-c (Revised 4/90)

Date                      Signature