APR-15-2004 10:56 PM                                                                                      P.02

| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| COLORADO DEPARTMENT OF CORRECTIONS | 850 - 4 | 1 OF 8 |

| | CHAPTER: | Offender Personnel |
|---|---|---|
| | SUBJECT: | Grievance Procedure |

| RELATED STANDARDS:  ACA Standards 2-CO-3C-01, 3-4271 and 3-4393 | EFFECTIVE DATE: | October 1, 1998 |
|---|---|---|
| | SUPERSESSION: | 09/01/98 |

| OPR: IGO | Aristedes W. Zavaras Executive Director |
|---|---|

I.     POLICY

The Department of Corrections (DOC) believes good communication between staff and offenders contributes to the safety of staff and offenders, and the better administration of a correctional facility.

II.    PURPOSE

The DOC intends to maintain a grievance process [2-CO-3C-01] available to all offenders, which provides an open forum for their complaints and is subject to clear guidelines.

III.   DEFINITIONS

A.     Grievance:  A written complaint by an offender on the offender's own behalf regarding a policy applicable within an institution, a condition in an institution, an action involving an offender of an institution, or an incident occurring within an institution.

B.     Grievance Officer:  The individual designated by the Executive Director, who is outside the direct supervision of the facility, assigned to review, investigate, and respond for final disposition of an offender's grievance.

C.     Institution:  A jail or pre-trial detention facility, prison or other correctional facility, that houses adult offenders and is owned, operated, or managed or provides services on behalf of the State.

D.     Offender:  An individual confined to an institution for adults, who has been convicted of a crime.

E.     Remedy:  A meaningful response, action, restitution, or redress for the successful offender grievant.

F.     Reprisal:  Any action or threat of action against anyone for the good faith participation in the grievance procedure.


EXHIBIT
12

| CHAPTER | SUBJECT | AR # | Page 2 |
|---------|---------|------|--------|
| Offender Personnel | Grievance Procedure | 850-04 | EFFECTIVE |

IV.    PROCEDURES

    A.    General Principles of Grievance Resolution:

        1.    Offender problems and complaints should be resolved by staff and offenders in the area of the problem, whenever possible, through discussion.

        2.    Those problems not resolved by area staff should be provided an additional means of internal resolution that can improve lines of communication. [8-4.4271]

        3.    An offender can only pursue a grievance about a problem that affects him/her personally.

        4.    Staff shall attempt to resolve complaints by allowing the offender to enter into a dialogue regarding the complaint.

    B.    General Principles of Grievance Procedure:

        1.    Grievance

            a.    The grievance form and procedure shall be readily available to all offenders. Upon entering the DOC each offender shall receive a written notification of the procedure and an oral explanation if they cannot understand the procedure. The written procedure will be available in Spanish. Further provisions will be made for other languages as well as the handicapped and impaired.

            b.    Each offender shall be entitled to invoke the grievance procedure regardless of any disciplinary, classification, or other administrative or legislative decision to which the offender may be subject. The facility will ensure that the procedure is accessible to impaired and handicapped individuals.

            c.    This grievance procedure is applicable to a broad range of complaints including, but not limited to, complaints by offenders regarding policies and conditions within the jurisdiction of the corrections facility that affect them personally, as well as actions by employees and offenders, and incidents occurring within the facility that affect them personally. The grievance procedure cannot be used as a disciplinary procedure.

            d.    The grievance procedure will not be used to seek review of discipline, classification or administrative segregation placement. There is a separate appeal process available to the offender for these actions.

            e.    The grievance procedure will not be available to parolees.

            f.    Offenders who file multiple or frivolous grievances in a short time period shall be warned to the effect they are infringing on rights of others to resources for response. In the event the offender continues to file excessive grievances, the

| CHAPTER | SUBJECT | AR # | Page 3 |
|---------|---------|------|--------|
| Offender Personnel | Grievance Procedure | 850-04 | EFFECTIVE |

Administrative Head, Regional Director, or Health Services Director may set reasonable limits for the individual to file grievances, but not less than one per month.

g.    The offender shall not wait more than five (5) days before submitting the next step in the process, if he/she wishes to proceed. [3:4271]

h.    Reprisals for the good faith use of, or participation in, the grievance procedure, are prohibited. An offender shall be entitled to pursue through the grievance procedure a complaint that a reprisal occurred.

i.    Independent review of the disposition of grievances, including alleged reprisals, will be done automatically by a person or other entity not under the direct supervision or direct control of the institution.

2.    Response and Remedy

a.    Each grievance shall be answered in writing at each level of decision and review. The response shall state the reasons for the decision reached and shall include a statement that the offender is entitled to further review, if such is available, and shall contain simple directions for obtaining such review.

b.    The grievance procedure will afford a successful grievant a meaningful remedy to include, but not be limited to, modification of facility policy, restoration or restitution for personal property, the assurance that unjustifiable abuse will not recur, and such other remedies that will meaningfully resolve the problem.

c.    No offender or employee involved in the matter will participate in the resolution, except at the informal level prior to proceeding to Step 1.

d.    Grievances which are repetitive and/or duplicative in a facility may be addressed by a general publication of the response posted in a common area to assure that all offenders have access. Once such a grievance response has been published, no further grievances on the matter shall be processed in that facility for six (6) months, unless the underlying procedure or regulation is substantially changed.

e.    Staff who participate in the resolution of a grievance shall have access to records essential to the resolution of the grievance. Confidential information will only be shared with staff participating in the grievance resolution.

f.    Grievances must be processed from initiation to final disposition within ninety (90) days, unless the grievant agrees in writing to an extension for a fixed period, or unless the grievant fails to appeal in a timely manner.

g.    Offenders must be prohibited from a role in the resolution process when the grievant objects.

| CHAPTER | SUBJECT | AR # | Page 4 |
|---------|---------|------|--------|
| Offender Personnel | Grievance Procedure | 850-04 | EFFECTIVE |

C.    Grievance Procedure:

1.    Informal Complaint Procedures:  An offender with a complaint or problem will first attempt to resolve the matter informally, before filing a formal grievance.  The offender shall attempt to discuss the matter with one or more of the following people:

   a.    The staff member responsible in the particular area of the problem;

   b.    The Case Manager;

   c.    The appropriate supervisory staff;

   d.    Other institutional staff.

2.    Time Limit on Filing a Grievance:

   a.    A formal grievance must be filed no later than thirty (30) calendar days from the date the offender knew or should have known of the facts giving rise to the grievance or within thirty (30) calendar days after final action was decided which might result in a grievance being initiated.

   b.    An extension may be granted by the Administrative Head, Regional Director, Health Services Director or their designee when it is clearly demonstrated by the offender to their satisfaction that it was not feasible to file within the initial period.  The grant or denial of the extension may be in writing; a copy of this decision may be provided the offender.

3.    Time Limit On Response:

   a.    All grievances must be responded to within the time limits stated in this regulation, unless there is an extension of time signed by the offender grievant.

   b.    In the event the time limit expires without a response, the offender may proceed to the next step.

4.    Formal Grievance Procedures:

   a.    Step 1:  An offender may file a Step 1 grievance with his case manager or other staff member designated by the Administrative Head, at any reasonable time. Step 1 shall be investigated by a staff member appointed by the Administrative Head, Health Services Director, Regional Director, or their designee.  In the event that an offender files a grievance after he has been transferred from a previous facility or center, and the grievance pertains to the previous sending facility, the grievance shall be forwarded by the offender to the facility of origin or regional office of origin. [3-4393]

| CHAPTER | SUBJECT | AR # | Page 5 |
|---------|---------|------|--------|
| Offender Personnel | Grievance Procedure | 850-04 | EFFECTIVE |

(1)     When an offender has reason to submit a formal grievance, a copy of the grievance form (Attachment "A") may be obtained from the staff member designated by the Administrative Head or the Regional Director. The offender shall fill out the identifying data at the top of the request form legibly and clearly state the basis for the grievance.

(2)     The offender must include a statement describing his/her attempt at the informal process.

(3)     An offender who cannot read or write, or who cannot write legibly, are authorized to obtain assistance from other offenders, if the assistance requested does not interfere with the security of the facility.

(4)     In cases where offender assistance is either not available or cannot be made available, the Administrative Head or Regional Director shall appoint a staff member to assist the offender.

(5)     A staff member with appropriate knowledge of the issue and the authority to act upon it shall be appointed by the Administrative Head, Regional Director, or Health Services Director. Every attempt shall be made to resolve the issue at the Step 1 level.

(6)     The response will state the reasons for the decision. Upon completion of the written response to Step 1, the grievance form (Attachment 1) shall be forwarded to the offender and appropriate offices of record.

(7)     The offender shall receive a response within twenty five (25) calendar days of receipt by the case manager or designated staff.

(8)     The offender may elect to file a Step 2 grievance upon receipt of the Step 1 response, if filed within five (5) days. [3.4271]

b.     Step 2: The facility Administrative Head, Regional Director, Health Services Director, or their designee shall be responsible for reviewing, investigating, and responding to the grievance during Step 2.

(1)     In the event that an offender elects to proceed with a Step 2 grievance, the appropriate form (Attachment 1) shall be forwarded to the Administrative Head, Regional Director, Health Services Director, or their designee, along with a copy of the grievance and response at Step 1.

(2)     The offender shall receive a response within twenty five (25) calendar days of receipt by the Administrative Head, Regional Director, or Health Services Director, or their designee.

APR-15-2004 10:58 PM                                                                P.07

| CHAPTER | SUBJECT | AR # | Page 6 |
|---|---|---|---|
| Offender Personnel | Grievance Procedure | 850-04 | EFFECTIVE |

c.    Step 3: If the offender concludes the grievance has not been satisfactorily resolved at Step 2, a Step 3 (Attachment 1) may be submitted by the offender to the Grievance Officer within five (5) days of the receipt of Step 2. [34274]

    (1)    The Grievance Officer will be designated by the Executive Director, and will be outside the direct supervision of the facility.

    (2)    A Step 3 should be forwarded by the offender to the Grievance Officer with a copy of Steps 1 and 2, through appropriate channels (U.S. mail or interdepartmental mail), and receipted by the Grievance Officer.

    (3)    The Grievance Officer, within twenty-five (25) calendar days, will review, investigate, and respond to the grievance by contacting appropriate staff and/or offender(s).

    (4)    The Grievance Officer may deny the grievance, and thereby terminate the grievance process.

    (5)    The Grievance Officer may make a recommendation for relief to the Executive Director who will log and receipt the recommendation from the Grievance Officer.

    (6)    The Executive Director shall, within five (5) calendar days of receipt consider the recommendation of the Grievance Officer and shall determine what relief, if any, is appropriate.

    (7)    The Grievance Officer shall certify in the response that the offender has exhausted the grievance process.

5.    Record Keeping

a.    A record of the number of grievances, the types of grievances and disposition of grievances shall be collected and maintained by each facility. Clinical Services may also maintain grievance records. In addition, a record will be kept of individual grievance dispositions at each stage of procedure, including date(s) and reason(s) for disposition.

b.    The records will be maintained as a confidential record, subject to state statute.

c.    The record(s) will be maintained for three (3) years.

6.    Emergency Procedures

a.    The Executive Director or his designee may implement emergency grievance procedures when there are indications of potential and substantial risk to the life or safety of the individual or when irreparable harm to the individual's health is imminent. In such cases the grievance shall be determined an emergency

| CHAPTER | SUBJECT | AR # | Page 7 |
|---|---|---|---|
| Offender Personnel | Grievance Procedure | 850-04 | EFFECTIVE |

grievance by the facility Administrative Head, Regional Director, or their designee and shall be forwarded immediately to the level where corrective action can be taken. Response to an emergency grievance must be rendered within forty-eight (48) hours. Appeals shall be initially handled by phone to the Executive Director or Grievance Officer by the Administrative Head, Regional Director, Health Services Director, or their designee when conditions warrant. Appeals shall be allowed automatically without interference from the facility.

b.    Appeals of emergency grievances, shall be reviewed at the departmental level as soon as possible and by phone when indicated. A reply shall be made within forty-eight (48) hours of the receipt of an emergency grievance appeal. The Grievance Officer may designate another person to be responsible for the processing of an emergency grievance in his absence.

7.    Reprisals Are Prohibited: No offender shall be subject to reprisals by offenders or staff for the offender's use of the grievance process.

D.    Grievance Procedure Review:

1.    In order to promote the credibility of the offender grievance procedure, a process, known as the "Grievance Procedure Review Process" shall be implemented in each facility. This process will require the posting of grievances concerning policy or practice. A grievance determined by the Administrative Head to be subject to review will be posted in a central area available to all offenders and staff. Offenders and staff may submit written comments concerning the grievance to the Administrative Head's Office. The comments will be advisory only.

a.    The Administrative Head, or his designee, will determine what grievances are subject to this review, based upon the following criteria:

(1)    Is a policy or practice the basis for the grievance, and not the acts of an individual person, and

(2)    Is the grievance questioning policy or practice, and

(3)    Is the policy or practice based upon an Administrative Regulation, Operational Memorandum, or Posted Operational Rule.

b.    All grievances challenging general policy and practices of the Department of Corrections will be posted, but designated staff will respond.

2.    A review of the effectiveness and credibility of the grievance procedure will occur once per year, and a report will be submitted to the Executive Director on January 1 of every year. The review will be based upon grievance data and the comments of offenders and staff concerning the effectiveness of the grievance procedure.

APR-15-2004 10:59 PM

P.09

| CHAPTER | SUBJECT | AR # | Page 8 |
|---------|---------|------|--------|
| Offender Personnel | Grievance Procedure | 850-04 | EFFECTIVE |

V.    RESPONSIBILITY

A.    The Executive Director is responsible for the overall implementation of this regulation.

B.    The Administrative Head is responsible for ensuring compliance with the Regulation at his or her facility.

C.    The Director of Health Services is responsible for ensuring compliance in Health Services.

D.    The Administrative Head of Denver Reception Diagnostic Center is additionally responsible for ensuring offenders are provided with this regulation upon arrival, as stated in the regulation.

VI.    AUTHORITY

A.    Civil Rights of Institutionalized Persons Act, Public Law 96-247 94 State.349 (42 USC 1997).

B    28 CFR 40

ATTACHMENTS:    A.    DC Form 850-4A, Offender Grievance Form (Reproduced in notebook size)

B.    DC Form 850-4B, Offender Grievance and Appeal Log

C.    Offender Notice

D.    DC Form 100-1A, Administrative Regulation Implementation/Adjustments