IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 99-cv-00148-RPM

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

RONALD CARTER, and
RICHARD MISCHIARA ,

    Defendants.

_____

ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
_____

The defendants moved for summary judgment of dismissal of this claim for damages under 42 U.S.C. § 1983 on the ground that the plaintiff failed to exhaust his administrative remedies. The motion is denied because the response to the Step l grievance addressed the merits of the claim that prisoner James Ralph Dawson, Jr., was placed in a cell with inmate Mark Hall, the victim of an attempted murder charge against Dawson, creating a life threatening situation. Exhibit 8. Dawson's Step ll grievance was denied on the same basis as the denial of the Step 1 grievance. Dawson's Step III grievance was denied on the ground that the Step l grievance was not timely.

The defendants also seek dismissal on the ground that the transfer did not result in physical injury. The plaintiff contends that because of his fear of Hall, Dawson was unable to sleep and sustained a re-injury of a pinched nerve in his shoulder as well as bumps and bruises from his ambulatory disability as a result of sleep deprivation. The

question of injury is a triable issue of fact. Whether punitive damages can be recovered in this case is an issue to be determined upon completion of the plaintiff's evidence under Fed.R.Civ.P. 50.

The plaintiff has asserted that these two defendants were responsible for the transfer acting with a retaliatory motive because of the plaintiff's allegations of sexual harassment of a DOC employee.

Upon the foregoing, it is

ORDERED that the defendants' motion for summary judgment is denied. This action will proceed as to the transfer on September 29, 1998.

DATED: April 28th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge