IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 99-cv-00148-RPM

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

RONALD CARTER, and
RICHARD MISCHIARA ,

    Defendants.
_____

ORDER SETTING TRIAL DATE
_____

    Pursuant to the pretrial conference on July 31, 2008, it is

    ORDERED that this matter is set for trial to jury on **February 23, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A-602, the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

    DATED: August 4th, 2008

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge