IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 99-cv-00148-RPM

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

RONALD CARTER, and
RICHARD MISCHIARA ,

    Defendants.

_____

## ORDER VACATING TRIAL DATE
_____

Because of the illness of Defendant Ronald Carter, it is

ORDERED that the February 23, 2009, trial date is vacated and all subpoenas are continued to the next trial date.

DATED: February 23, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge