IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 99-cv-00148-RPM

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

RONALD CARTER, and
RICHARD MISCHIARA ,

    Defendants.
_____

ORDER SETTING TRIAL DATE
_____

    It is now

    ORDERED that this matter is rescheduled for trial to jury on **Tuesday, August 25, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    DATED: March 17th, 2009

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge