IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-00148-RPM

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

RONALD CARTER and
RICHARD MISCHIARA,

    Defendants.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that at the conclusion of the hearing which began on August 25, 2009, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 28 day of August, 2009.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

APPROVED AS TO FORM:

_____       _____
ATTORNEY FOR PLAINTIFF       ATTORNEY FOR DEFENDANTS