IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-00148-RPM-BNB

JAMES RALPH DAWSON, JR.,

       Plaintiff,

v.

RONALD CARTER, and
RICHARD MISCHIARA,

       Defendants.

## ORDER TO CURE DEFICIENCY

Matsch, Senior Judge

Plaintiff submitted a Notice of Appeal on September 10, 2009. The court has determined

that the document is deficient as described in this order. Plaintiff will be directed to cure the

following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
   X     is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915
and Fed. R. App. P. 24**:
   X     is not submitted
   ___    is missing affidavit
   ___    is missing certified copy of prisoner's trust fund statement for the 6-month period
immediately preceding this filing
   ___    is missing required financial information
   ___    is missing an original signature by the prisoner
   ___    is not on proper form (must use the court's current form)
   ___    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the

date of this order.  Any papers that Plaintiff filed in response to this order must include the civil

action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy

of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave

to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30

days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 15th  day of September, 2009.


BY THE COURT:


s/Richard P. Matsch

SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO